**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 23-13725

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

JEAN CARLOS ZAMORA SANTONA,

*Defendant-Appellant.*

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:20-cr-00136-SCB-TGW-3

————————————

Before JILL PRYOR, NEWSOM, and BRANCH, Circuit Judges.

PER CURIAM:

Jean Carlos Zamora Santona appeals his conviction and 97-month sentence for 1 count of conspiracy to distribute and to possess with intent to distribute 5 kilograms of cocaine while on

2                    Opinion of the Court                    23-13725

board a vessel on the high seas subject to the jurisdiction of the United States, in violation of the Maritime Drug Law Enforcement Act.  In turn, the government moves to dismiss Zamora Santona's appeal as untimely.

A criminal defendant must file a notice of appeal within 14 days after the entry of the judgment.  Fed. R. App. P. 4(b)(1)(A)(i). A pro se prisoner's notice of appeal or other filing is deemed filed on the date that he delivers it to prison authorities for mailing.  *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014); Fed. R. App. P. 4(c)(1).  The government can object to timeliness at least as late as its response brief.  *United States v. Lopez*, 562 F.3d 1309, 1313 (11th Cir. 2009).

Santona mailed his notice of appeal on November 2, 2023, more than two years later than his March 18, 2021, deadline.  The government's motion to dismiss the appeal as untimely is **GRANTED** because the pro se notice of appeal was filed more than 14 days after the district court entered judgment.  Accordingly, this appeal is **DISMISSED**.